# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.19-44760 |
| Frank Andrew Johnson, Jr. and | ) | Chapter13 |
| Cora Denise Johnson | ) | |
| | ) | Hearing Date 11/04/2020 |
| | ) | Hearing Time: 10:00AM |
| Debtor(s) | ) | Hearing Location: 5 North |

## MOTION TO SELL REAL ESTATE
## MOTION TO RETAIN PROCEEDS FROM THE SALE
## MOTION TO WAIVE FILING FEE AND NOTICE OF HEARING

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY 10/28/2020. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COME NOW, Debtors, by and through Debtors' undersigned counsel and state as follows:

1. Debtors filed the above-captioned case in good faith under Chapter 13 of the Bankruptcy Code on July 31, 2019.

2. The Court has jurisdiction of this Motion pursuant to 28 U.S.C. §§ 157(a) and 1334(a) and Local Rule 9.01(B)(1) of the United States District Court for the Eastern District of Missouri. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

3. Debtors seek permission to sell their primary residence, located at 512 PLEASANT BREEZE DRIVE, WENTZVILLE, MO-63385.

4. The estimated fair market value of the property is listed on Debtors' Schedules at $270,000.00.

5. The estimated amount of the mortgage on the property held by, Home Point Financial

Corp "Creditor", is $ 232,497.68.

6. The Sale price of the real estate is $285,000.00 Debtors have a prospective buyer, who agrees to purchase the said property from the debtor at the sale price.

7. Debtors will use the sale proceeds to pay the mortgage lien in full. Debtors wish to keep the sale proceeds in the amount of $15,000.00 pursuant to RSMO § 513.475 Homestead Exemption to find replacement housing. Balance will be turnover to the trustee.

8. Debtors are filing the Motion to sell real estate using the only event available on the Court's ecf system as Motion to sell real estate free and clear of liens which results in a $181 filing fee. However, Debtors does not wish to sell real estate free and clear of liens. Debtors wish to have the Court fee of $181 waived.

WHEREFORE, Debtors pray for an Order of this Court

Granting Debtors' Motion to sell real estate located at located at 512 PLEASANT BREEZE DRIVE, WENTZVILLE, MO-63385

Granting Debtors' Motion to retain $15,000.00 pursuant to RSMO §513.475 Homestead Exemption to find replacement housing

Granting Debtors' Motion to waive the Court fee for filing of the Motion to sell.

**RESPECTFULLY SUBMITTED**
A&L Licker Law Firm, LLC

By: /s/ Lynn Travis
Lynn Travis #32568MO
1861 Sherman Dr.
St. Charles, MO 63303
(636) 916-5400
(fax) (636) 916-5402
email:Tobias@lickerlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

         I certify that a true and correct copy of the **Forgoing Document** was filed electronically with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List on Wednesday, October 14, 2020.

         I certify that a true and correct copy of the **Forgoing Document** was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on Wednesday, October 14, 2020

<u>/s/ Sandeep Gulia</u>

Diana S. Daugherty     through CM/ ECF
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of the US Trustee     through CM/ECF
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

| | | |
|---|---|---|
| Account Resolution Corp<br>700 Goddard Ave<br>Chesterfield, MO 63005 | Amer Fst Fin<br>7330 W. 33rd Street<br>Wichita, KS 67205 | AmeriCollect, Inc<br>PO Box 1566<br>Manitowoc, WI 54221 |
| Anthony Francis Porto, III<br>Mandarch Law Group, LLP<br>1 N Dearborn, Suite 650<br>Chicago, IL 60602 | Aspen Dental<br>PO Box 3126<br>Syracuse, NY 13220 | BJC Health Care<br>PO Box 958410<br>Saint Louis, MO 63195-8410 |
| Cap1/mnrds<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130 | Cb Indigo/gf<br>Po Box 4499<br>Beaverton, OR 97076 |
| Comenity Capital Bank<br>PO Box 183043<br>Columbus, OH 43218-3043 | Credit First N A<br>Pob 81315<br>Cleveland, OH 44181 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |

David Reid Gamache
1000 Camera Ave Ste A
Saint Louis, MO 63126

Excel Sports & Physical Therapy
2454 West Clay
Saint Charles, MO 63301

Fingerhut Directing Marketing
6509 Flying Cloud Dr
Eden Prairie, MN 55344

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Flagship Credit Accept
Po Box 3807
Coppell, TX 75019

Frontline Asset Strategies, LLC
2700 Snelling Ave. N
Ste 250
Saint Paul, MN 55113

Hadican, Sean Patrick
10680 Treena St
Suite 500
San Diego, CA 92131

Home Point Financial C
11511 Luna Rd Ste 300
Farmers Branch, TX 75234

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems LLC
16 McLeland Rd.
Saint Cloud, MN 56303

Labcorp
PO Box 2240
Burlington, NC 27216

Lb Arrow Fin
3528 Hampton Ave
Saint Louis, MO 63139

Lee G. Kline
7777 Bonhomme Avenue
Suite 1910
Saint Louis, MO 63105

Lvnv Funding LLC
420 N Wabash Ave
Suite 400
Chicago, IL 60611

Lvnv Funding LLC
PO Box 1269
Greenville, SC 29602

Matthew W Meier Do
1002 Peruque Crossing Ct Suite 102
O Fallon, MO 63366

MediCredit, Inc
PO Box 1629
Maryland Heights, MO 63043

Mercy Hospital
PO Box 206153
Dallas, TX 75320

Metro Imaging
6520 Clayton Rd
Saint Louis, MO 63117

Midland Funding
320 East Big Beaver Rd Ste
Troy, MI 48083

Midland Funding, LLC
2365 Northside Dr Ste 300
San Diego, CA 92108

Midwest Special Surgery
11970 Borman Drive
Suite 250
Saint Louis, MO 63146

Missouri Department of Revenue
PO Box 475
301 W. High Street
Jefferson City, MO 65105-0475

Mohela/dept Of Ed
633 Spirit Drive
Chesterfield, MO 63005

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

Portfolio Recovery Associates
120 Corporate Blvd
Ste 100
Norfolk, VA 23502

QI Pathology
PO Box 100 Dept 461
Memphis, TN 38148

Radiologic Imaging Consultants
220 Compass Point Dr
Saint Charles, MO 63301

Radiologic Imaging Consultants
PO Box 780
Saint Charles, MO 63302-0780

Recievable Solutions
PO Box 206153
Dallas, TX 75320


Riverheart Family Dentistry
8618 Mexico Rd
O Fallon, MO 63366

Southeastern Emergency Svc Of
7005 Middlebrook Pike
Knoxville, TN 37909

Sprint
PO Box 54977
Los Angeles, CA 90054-0877


SSM Health St. Joseph Hospital -
Wentzvi
500 Medical Dr
Wentzville, MO 63385

SSM St. Joseph Endoscopy Center, LLC
PO Box 501115
Saint Louis, MO 63150

St. Joseph Hospital - Lake St Louis
100 Medical Plaza
Lake Saint Louis, MO 63367


Synchrony Bank
PO Box 965017
Orlando, FL 32896-5017

Transworld Sys, Inc/55
PO Box 15270
Wilmington, DE 19850

United States Attorney
111 South 10th Street
20th Floor
Saint Louis, MO 63102


Urgent Care
PO Box 271434
Salt Lake City, UT 84127

Urgent Care LLC
PO Box 14099
Belfast, ME 04915

Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909


Wells Fargo Dealer Svc
Po Box 10709
Raleigh, NC 27605

William Francis Whealen, Jr.
11970 Borman Drive
Suite 250
Saint Louis, MO 63146